IN RE: Joe Douglas WRAY,
Arkansas Bar. No. 81171

06-617

Supreme Court of Arkansas
Opinion delivered June 22, 2006

PER CURIAM. Upon recommendation of the Supreme Court Committee on Professional Conduct, and in lieu of disbarment proceedings, we hereby accept the voluntary surrender of the law license of Joe Douglas Wray, El Dorado, Arkansas, to practice law in the State of Arkansas. Mr. Wray's name shall be removed from

the registry of licensed attorneys, and he is barred and enjoined from engaging in the practice of law in this state.

It is so ordered.